CHARLES KWIATKOUSKY, an Infant, by JOHN KWIAT-
KOUSKY, His Guardian ad Litem, Appellant, *v.* JOHN
NADOLNY, Respondent.

JOHN KWIATKOUSKY, Appellant, *v.* JOHN NADOLNY,
Respondent.

*Negligence — machinery — child injured by placing hand in meat
chopping machine while waiting in meat market for his order to be
filled.*

*Kwiatkousky* v. *Nadolny* (2 cases), 222 App. Div. 832, affirmed.
(Argued June 1, 1928; decided June 19, 1928.)

APPEAL, in each of the above-entitled actions, from a
judgment, entered January 30, 1928, upon an order of the
Appellate Division of the Supreme Court in the second
judicial department, reversing a judgment in favor of
plaintiff entered upon a verdict and directing a dismissal
of the complaint. The first action was to recover for
personal injuries alleged to have been sustained by plain-
tiff through the negligence of defendant. The second
action, by the father of the plaintiff in the first, was to
recover for loss of services and expense caused by the
injuries to his son. Defendant conducted a retail meat
market in which there was an electrically driven meat
chopping machine. The infant plaintiff, a boy nine years
of age, was sent to the market by his mother to purchase
chopped meat. The defendant placed some meat in the
chopper, started it and leaving it in operation went into
the ice box. While he was absent the boy placed his
hand in at the top of the machine and as a result lost
three fingers. The Appellate Division dismissed the com-
plaint on the ground that the boy was negligent as matter
of law, if *sui juris*, and if not, the negligence of his mother
in permitting him to touch the machine was attributable
to him.

*Thomas J. Cuff* and *Milton Pinkus* for appellants.
*Robert P. Beyer* and *Edgar F. Hazleton* for respondent.

Judgment in each case affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.

---

WILLIAM C. PARROTT, Respondent, *v.* HARRY J. SMITH,
Appellant.

*Libel — alleged libelous statements in letter written by defendant, plaintiff's former employer, to his present employers — defense that statements were privileged and believed to be true.*

*Parrott v. Smith,* 222 App. Div. 713, affirmed.
(Argued June 1, 1928; decided June 19, 1928.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the fourth judicial department,
entered November 7, 1927, modifying and affirming as
modified a judgment in favor of plaintiff entered upon a
verdict. The action was to recover damages for an
alleged libelous letter written by defendant, who had
formerly employed plaintiff, to the plaintiff's present
employers. The defenses were that the letter was a
privileged communication and that the defendant had
reasonable ground for believing the statements therein
contained to be true.

*Richard R. Martin* for appellant.
*Willard R. Pratt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.